UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CINDY GANNEGAN,

    Plaintiff,

v.

                                            Case No. 14-CV-691

CAROLYN W. COLVIN, Acting
Commissioner for Social Security,

    Defendant.

_____

**ORDER**

    The court has reviewed the STIPULATION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) and orders that this case is reversed and remanded to the Commissioner for further proceedings and a new decision under sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) will be directed to further evaluate and weigh the opinion evidence, with additional consideration given to the medical source opinion in Exhibit 19F, p. 2; if warranted and available, obtain medical expert evidence to assist in further considering the nature, severity and limiting effects of the claimant's medically determinable impairments; further consider the claimant's subjective complaints under Social Security Ruling 96-7p; further evaluate the claimant's maximum residual functional capacity throughout the period at issue; and, as warranted, obtain supplemental vocational expert evidence.

    Final judgment is to be entered accordingly.

    **SO ORDERED** this 1st day of December, 2014.:

                                            s/ William C. Griesbach
                                            WILLIAM C. GRIESBACH, Chief Judge
                                            United States District Judge - WIED